**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

ELIZABETH WHITTEN, )
)
     Plaintiff, )
)
) No. Civ-04-539-S
vs. )
)
JO ANNE B. BARNHART, Commissioner, )
Social Security Administration, )
)
     Defendant. )

## ORDER

  On September 29, 2006, the United States Magistrate Judge for this District filed Findings and Recommendations in this case. The parties have not filed exceptions and/or objections to those Findings and Recommendations, and the time to file such objections has expired. As such, the findings are deemed confessed.

  This Court finds the Findings of the Magistrate Judge reversing and remanding this case to the Defendant for further administrative proceedings is supported by the record.

  Upon full consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate Judge be affirmed and adopted by this Court as this Court's Findings and Order, and, pursuant to the fourth sentence of 42 U.S.C. §405(g), this case is remanded to the Defendant for further proceedings consistent with this order.

**IT IS SO ORDERED** this 1st day of November, 2006.


Frank H. Seay
United States District Judge
Eastern District of Oklahoma